No. 1068. ILLINOIS NORTHERN UTILITIES CO. v. CITY OF GENESEO ET AL.; and

No. 1069. CENTRAL ILLINOIS ELECTRIC & GAS CO. v. VILLAGE OF HEYWORTH ET AL. April 27, 1942. Peti-

tion for writs of certiorari to the Supreme Court of Illinois denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. David F. Taber* and *Claude A. Roth* for petitioners. *Messrs. Conrad H. Poppenhusen* and *Anan Raymond* for respondents.